IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**Steven Michael Rodríguez-García**,<br><br>Defendant. | **INFORMATION**<br>Criminal No. 22-**65 (PAD)**<br><br>VIOLATION:<br><br>21 U.S.C. §§ 846 and 841(a)(1) & (b)(1)(B)(ii)<br><br>**ONE COUNT** |

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Date: 2022.02.18 10:38:10 -04'00'

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE

From on or about a date unknown through on or about January 23, 2020, in the District of Puerto Rico, elsewhere and within the jurisdiction of this Court,

**Steven Michael Rodríguez-García**

did knowingly and intentionally combine, conspire, confederate, and agree with diverse other persons known and unknown, to commit an offense against the United States, to wit: possession with intent to distribute five hundred (500) grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Narcotic Drug Controlled Substance. All in violation of 21 U.S.C. §§ 846 and 841(a)(1) & (b)(1)(B)(ii).

## NARCOTICS FORFEITURE ALLEGATION
## 21 U.S.C. § 853

1. The allegations contained in Count **ONE** of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853.

2. Pursuant to 21 U.S.C. § 853, upon conviction of the offense in violation of 21 U.S.C. § 846 the defendant shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense. The property to be forfeited includes but is not limited to the following:

   a- 26' Center Console vessel, bearing registration number PR-4316-BB, Hull number PRZ015940200.

   b- Two Yamaha 90 horsepower Out Board Engines

   c- 2018 All Star Boat Trailer, model: 2527DA7, VIN: 1A9BB2523KH840016

   d- Garmin Echomap Plus, serial number: 5AW007838

   e- One IPhone with gold back and grey/black case. Case has a rainbow. MN902LZ/A

   f- White IPhone clear case

3. If any of the property described above, as a result of any act or omission of the defendant:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

W. STEPHEN MULDROW
United States Attorney

*(signature)*
For:
Max Pérez-Bouret
Assistant U.S. Attorney, Chief
Transnational Organized Crime Section

*(signature)*
Vanessa E. Bonhomme
Assistant U.S. Attorney, Deputy Chief
Transnational Organized Crime Section

*(signature)*
Camille García-Jiménez
Assistant U.S. Attorney

Dated: 1/11/2022